UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RUDOLPH BETANCOURT, Individually,

    Plaintiff,

vs.

                        Case No. 3:22-CV-833-MMH-LLL

RMH HOTELS, INC., a Florida Corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby move to voluntarily dismiss this action with prejudice as the parties have entered into a settlement agreement. The parties request that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement, if necessary.

                        Respectfully Submitted,

                        /s/Brandon A. Rotbart
                        Brandon A. Rotbart, Esq., Of Counsel
                        FL Bar No. 124771
                        Fuller, Fuller & Associates, P.A.
                        12000 Biscayne Blvd., Suite 502
                        Miami, FL 33181
                        Telephone: (305) 891-5199
                        Facsimile:  (305) 893-9505
                        rotbart@rotbartlaw.com

                        John P. Fuller, Esq.
                        FL Bar No. 0276847
                        Fuller, Fuller & Associates, P.A.
                        12000 Biscayne Blvd., Suite 502

North Miami, FL 33181  
Telephone (305) 891-5199  
Facsimile  (305) 893-9505  
jpf@fullerfuller.com  
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of December 2022, the foregoing has been electronically filed with the Court via the CM/ECF system, and hereby served by electronic mail to Defendant RMH Hotels, Inc., c/o Rajesh Patel, Director, hieoceanside@yahoo.com, 3170 Vista Way, Oceanside, CA 92056, and by U.S. Mail to: RMH Hotels, Inc., c/o Humberto C. Patel, Registered Agent, 535 Roserush Lane, Jacksonville, FL 32225.

/s/Brandon A. Rotbart  
Brandon A. Rotbart, Esq., Of Counsel  
FL Bar No. 124771