**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RUDOLPH BETANCOURT,

    Plaintiff,

v.                                                Case No.   3:22-cv-833-MMH-LLL

RMH HOTELS, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 10; Notice) filed on December 2, 2022. In the Notice, Plaintiff seeks dismissal of this matter with prejudice and requests that the Court retain jurisdiction over this action for the purposes of enforcing the terms of the settlement. See Notice at 1. Because the undersigned does not routinely retain jurisdiction to enforce the terms of a private settlement agreement, the Court entered an Order on December 5, 2022, deferring the dismissal of the case and directing Plaintiff to file a brief as to why the Court should retain jurisdiction. See Order (Dkt. No. 11). In addition, on December 6, 2022, the Court entered an Endorsed Order (Dkt. No. 13) directing Plaintiff to file the Settlement Agreement under seal. On December 5, 2022, Plaintiff

filed his brief, see Plaintiff's Brief in Response to Court's Order Dated December 5, 2022 (Dkt. No. 12), and on December 8, 2022, Plaintiff filed the Settlement Agreement under seal, see Settlement Agreement (Dkt. No. 14). Upon consideration of the Settlement Agreement, the Court declines to retain jurisdiction to enforce the parties' agreement. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.
2. The Clerk of the Court is directed to terminate all pending motions and close the file.
3. The Court declines to retain jurisdiction to enforce the settlement.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of December, 2022.

_____
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record